IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MONTANA

| | |
|---|---|
| THE EXCELLENT THE EXCELLENT RAJ K. PATEL, from all capacities,<br><br>*Plaintiff*<br><br>v.<br><br>THE UNITED STATES, PRESIDENT JOE BIDEN, VICE PRESIDENT KAMALA HARRIS, ALL BIDEN CABINET OFFICERS, ATTORNEY GENERAL MERRICK GARLAND, SECRETARY OF HEALTH AND HUMAN SERVICES XAVIER BECERRA, SURGEON GENERAL DR. VIVEK MURTHY, and UNITED NATIONS AMBASSADOR LINDA THOMAS-GREENFIELD,<br><br>*Defendants* | No. 6:23-cv-00094-BMM-KLD<br><br>Dated: December 27, 2023<br><br>**T.E.,E. MR. RAJ K. PATEL'S MOTION TO PERFECT SERVICE** |

T.E.,E. Mr. Raj K. Patel, under Fed. R. Civ. P. 77(c)(2)(A), move this clerk of court to perfect service to the defendants' attorneys said herein the certificate of service, after the court grants *in forma pauperis*.

Therefore, Patel moves the same.

Respectfully submitted, The Basis of the United States,

/s/ Raj K. Patel
Rama CCCX
T.E., T.E. Mr. Raj K. Patel, AA, BA, JD Candidate** (*pro se*)
6850 East 21st Street
Indianapolis, IN 46219
Marion County
317-450-6651 (cell)
317-740-8001 (cell)
rajp2010@gmail.com

1

[www.rajpatel.live](www.rajpatel.live)

T.E. Mr. President/Student Body President, Student Gov't Ass'n of Emory U., Inc. 2013-2014 (corp. sovereign 2013-present)

T.E. Mr. Student Body President, Brownsburg Cmty. Sch. Corp./President, Brownsburg High Sch. Student Gov't 2009-2010 (corp. sovereign 2009-present)

Rep. from the Notre Dame L. Sch. Student B. Ass'n to the Ind. St. B. Ass'n 2017

Deputy Regional Director, Young Democrats of Am.-High Sch. Caucus 2008-2009

Co-Founder & Vice Chair, Ind. High Sch. Democrats 2009-2010

Vice President of Fin. (Indep.), Oxford C. Republicans of Emory U., Inc. 2011-2012

Intern, Marion Cnty. Clerk Elizabeth "Beth" White for Sec'y of St. of the St. of Ind. 2014

**J.D. Candidate, Notre Dame L. Sch. (2015-17)

Volunteer, Barack Obama for America (2008)

Intern, Jill Long Thompson for Governor (2008)

*Political Science and Religion (cum laude), Emory University Class of 2014

# CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Mot. for Service of Process to 12/27/2023 to below individuals via the Clerk of Court:

**The United States**
AG Merrick Garland
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington DC 20530

**The United States**
**Jesse Laslovich**
U.S. Attorney's Office
2601 2nd Ave N.
Suite 3200
Billings, MT 59101
keri.leggett@usdoj.gov


Respectfully submitted,



/s/ Raj Patel
T.E., T.E. Mr. Raj K. Patel (*Pro Se*)
6850 East 21st Street
Indianapolis, IN 46219
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live


Dated: December 27, 2023